In the UNITED STATES DISTRICT
COURT for the SOUTHERN DISTRICT
of ILLINOIS

Gilbert Chadwick B-30819
          plantiff

vs.

Roger E walker Jr.;              )
Sherry Benton; Jody L hathaway;  )
Kosman; Warden Gates;          )
Doctor Obadina; Sheila Beckman; )
Nurse Little; Wexford Health Care )
          Defendents

**FILED**
JAN 2 0 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

Case No. 09-59-DRH

### MOTION TO FILE A COMPLAINT

Plantiff, Glibert Chadwick, pursuant to Federal Revised Civil Procedure request leave to file a complaint for being denied corrective surgery for a inguinal hernia; which causes severe discomfort, pain, and psychological burden; which violates U.S. Constitution 8th Amendment, cruel and unusual punishment and 14th Amendment due process and equal protection.

### COMPLAINT

Plantiff, Gilbert Chadwick, Brings this action seeking releif under 42 U.S.C. 1983, for deprivation of civil rights under the U.S. Constitution.

### I. Jurisdiction

    1). This civil action authorized by 42 U.S.C. section 1983 to redress the deprivation, under color of state law, of right secured by the constitution of the United States. the court has jurisdiction under 28 U.S.C. section 1331 and 1343 (a)(3). Plantiff seeks declaratory relief pursuant to 28 U.S.C section 2201 and 2202. Plantiff claims for injctive relief are authorized by 28th U.S.C. section 2283 and 2284, and rule 65 of the Federal Rules of Civil Procedure.

### II. Plantiff

    2). Plantiffs mailing address, register #, and present place of confinement is: Gilbert Chadwick P.O. Box 999 Pinckneyville, Il. 62274.

    3). The southern District of Illinois, is an appropiate venue under 28 U.S.C. section 1391 (b)(2) because it is where he was residing when these events giving rise to this claim occured, and where these defendants are employed at.

### III. DEFENDANTS

4). Roger E Walker Jr., is the director of the Il. department of corrections, he is legally responsible for the overall operation of the department, and each institution under its jursdiction.

5). Sherry Beckman, is a board member of the administrative review board, who is legally responsible in her duties to attempt to resolve problems, complaint, and grievances that have been unable to resolve through routine channels at the institutional level.

6). Jody L. Hathaway, was the warden at Shawnee correctional center. He was legally responsible for the overall operation of Shawnee and the welfare of all the inmates at that facility.

7). John/Jane Doe, is the Director of Nursing at Shawnee. He/She was legally responsible ofr the overall administration of medication and treatment, and to assist the medical doctor in the subjective objective assesment of the inmates, at Shawnee.

8). Nurse Kosman, Is a med tech at Shawnee. He/She is responsible for the adminstration of medication, and treatment, conducts sickcall utilizing the treatment protocols, documents sickcall, and counters encounters and subjective objective assesment plan format and functions as a member of the emergency response team ot Shawnee.

9). Warden Gates, is the warden at Pinckneyville Correctional Center. He is legally responsible for the operation of pinckneyville, and the weldare of all the inmates at this facility.

10). Dr. Olukunle Obadina, is the medical director of Pincknelville. He is legally responsible for the overall treatment of Pinckneyville.

11). Sheila Beckman, is the director of nursing at Pinckneyville Correctional Center. She is legally responsible for the overall administration of medications, and treatments, and to assist the medical Dr. in the subjective objective assesments of the inmates here at Pinckneyville.

2 of 6

12). Nurse Little, is a med-tech at Pinckneyville Correctional Center. She is responsible for the treatment and administration of medication, conducts sickcall utilizing the treatment protocols, sickcall encounters in subjective objective assesment plan format and functions of the emergency response team at Pinckneyville.

13). Wexford Health Care Source Inc., is the medical provider who is contracted here at Illinois Department of Correction. They are responsible for the development of medical/clinical policies, and are the insurance policy holders for Illinois Department of Corrections. They are located at: 205 Grerentree Commons, 381 Mansfield Ave.

14). Each defendant is being sued in their individual and official capacities at all times mentioned in this complaint and each defendant acted and continues to act under color of State Law.

15).

## IV FACTS

15). This plaintiff was confined at The Shawneee C.C., and contacted Mr. or Ms. Kosman that I had a hernia that was giving me problems and severe pain

16). I was called in to see Dr. John Doe. He examined me and said that surgery could not be done because my hernia was reducable.

17). I was sent a call pass to see the dentist. While I was having my teeth cleaned my hernia was flaring up, and causing severe pain and major discomfort.

18). While getting my teeth cleaned I tried to adjust my hernia to stop the pain. The Dentist told me to place my hands on the chair. I did as I was told. Because of me adjusting my hernia to stop the pain I recieved a ticket for <u>SEXUAL MISCONDUCT</u>.

19). I was sent to Segragation. I recieved 3 months segragation, 6 months "C" grade, and a transfer to a higher level Security Penitentiary; which is Pinckneyville C.C. on February 7th, 2008.

20). While in segragation at Pinckneyville C.C. I was seen by Doctor Gerst. He said he would put me in to see the doctor about my hernia.

20). I got out of segragation on March 23rd, 2008. I was seen by Sarah Ferris, a Med tech about my hernia. She gave me pain pills and put me in to see Dr. Obadina.

22). In August of 2008, I was finally seen by Dr. Obadina. I had to endure constant pain because I had no Tylenol left, and my hernia flares up on a regular basis. Dr. Obadina checked the hernia, and stated "That I could not recieve surgery because my hernia was reducible", but prescribed Tylenol to me, and I have been taking the Tylenol every since August 2008, for the pain.

23) On November 16th we were on a level one lock down. My hernia was causing major discomfort, and causing me not to be able to use the washroom, due to any straining or pushing. Nurse Little was making her rounds passing out medication. I notified her my hernia was causing me severe pain and problems using the washroom. She said I would have to put in for sick-call and follow protocol. I told her I had pain pills and that they weren't working. I needed to see Dr. Obadina, or someone, and she said he wasn't in.

24). A week or so before I saw Nurse Little, was the time I saw Dr. Obadina. He checked me, and I told him that I was continuing to recieve major discomfort, and that I was having trouble using the washroom. He said "that it had nothing to do with my hernia", and I told him "that he was incorrect, and I was the one who can feel and experience the discomfort". He updated my Tylenol prescription from 11/05/08 to 2/03/09.

25). Dr. Obadina has me on call to see him every 3 months to check my hernia. He continues to update my Tylenol presriptions. This may slow down or stop the pain sometimes, but does not fix the problem. Now I am concerned about further Health injury because I have to take Tylenol on a regular basis, and Tylenol will eventually give me liver problems, and eat at my stomach lining. I am forced to continue in discomfort and pain; which is causing me serious Health risks.

26)

V. EXHAUSTION OF STATE REMEDIES.

26) Plaintiff, Gilbert R. Chadwick Jr. used the prisoner grievance procedure as set fouth in the Il. Admistrative Code and Inmate Handbook.

27). On 1/11/08 I filed my first grievance. Upon reeipt of answer, I further filed my Grievance to the Grievance Counsler. After this reply I futhered the grievanue procedure by sending same to the Adminstrative Review board in Springfield, Illinois.

28). On 1/25/08, I filed my second grievance and recieved NO REPLY!!!

29). On 11/04/08 I filed my 3rd grievance, which is sitting in the Health Care Unit right now, from what I was told from Counsler Miss Fritts.

4 of 6

30). On 11/16/08 I filed my fourth grievance as an emergency, and sent it to the Grievance Counsler.

VI. LEGAL CLAIMS.

31). Plaintiff re-alleges and incorperates by reference, Paragraphs 1-30.

32). The deliberate indifference to medical needs violated my rights and constituted Cruel and Unusual punishment, under the eighh Amendment of the United States Constitution.

33). I have no plain, adequate, or complete remedy of Law to redress the wrong described herein. I have been and will continue to be irreparably injured by the conduct of the defendants unless the court grants the declatory and injunctive relief, that I am seeking.

VII. Prayer For Relief.

34). Wherefore, Plaintiff respectfully prays that this Honorable Court enter judgement granting plaintiff, A Declaration the act and omissions described here and violated plaintiff's rights under The United States Constitution.

35). A preliminary and permanent injuntion <u>ORDERING</u> defendants Roger E. Walker Jr. Et. Al., to stop causing cruel and unusual punishment (And Harm) and allow the surgery to correct my hernia

36). Compensatory damages in the amount of $250,000.00 against each defendant, jointly and severally.

37). Punitive damages in the amount of $250,000.00

38). A jury trial on all issues triable by jury.

39). Plaintiff's cost in this issue.

40) Any additional relief this Court deems just, proper and equitable.

5 of 6

DATE: 1/15/09

/s/ Gilbert Chadwick Jr.

Respectfully submitted;

Gilbert R. Chadwick Jr. B30819

        Plaintiff,


        Gilbert R Chadwick Jr.

        B30819

        P.O. BOX 999.

        Pinckneyville, Il. 62274-0999.

        Pinckneyville Correctional Center.


        (VERIFICATION).

I have read the formal complaint and hereby verify that the matters alleged therein are true, except, as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and accurate.

Executed at the Pinckneyville correctional center on this 15TH. Day of January, 2009

        /s/ Gilbert Chadwick Jr.
        Gilbert R. Chadwick Jr. B30819.

        Plaintiff.

IN THE
United States Dist. Court
for Southern Dist. of IL.

Gilbert R. Chadwick )
Plaintiff )
)
) Case No. _____
v. )
)
)
Roger E. Walker, Jr. et al )
Defendant )

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of Court
301 West Main ST.
Benton, IL.
62812

TO: States Attorney
_____
_____
_____

PLEASE TAKE NOTICE that on 1/15, 2009, I have filed with the U.S. Mail through the Pinckneyville Correctional Center the following documents, properly addressed to the parties above: 1983 complaint, Motion for Appointment of council, (3) Application to sue or defend as a poor person

I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that I have read the above documents, and that the information contained therein is true and correct. 28 USC 1746 and 18 USC 1621.

DATE: 1/15/09

/s/ Gilbert Chadwick
NAME: Gilbert Chadwick JR.
IDOC#: B-30819
Pinckneyville Correctional Center
P.O. BOX 999
Pinckneyville, IL 62274

Form Revised 11/1/01