**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **GILBERT CHADWICK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 09-cv-059-DRH** |
| | ) | |
| **ROGER E. WALKER,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

**MEMORANDUM AND ORDER**

**HERNDON, Chief Judge:**

This action is before the Court to rule on Plaintiff's motion for reconsideration (Doc. 13), filed pursuant to Rule 59(e) of the Federal Rules of Civil Procedure. Such a motion may only be granted if a movant shows there was mistake of law or fact or presents newly discovered evidence that could not have been discovered previously. *Matter of Prince*, 85 F.3d 314 (7th Cir. 1996), *reh'g and suggestion for reh'g en banc denied, cert. denied* 117 S.Ct. 608; *Deutsch v. Burlington Northern R. Co.*, 983 F.2d 741 (7th Cir. 1993).

Upon review of the record, the Court remains persuaded that its ruling dismissing the case pursuant to 28 U.S.C. § 1915A was correct. Therefore, the instant motion is **DENIED**.

**IT IS SO ORDERED.**

**DATED: August 10, 2009.**

> /s/ DavidRHerndon
> **CHIEF JUDGE**
> **UNITED STATES DISTRICT COURT**